*Dennis F. Harrigan,* for the appellants (plaintiffs).

Argued December 2—decided December 2, 1969

The appellants filed a motion for reargument which was denied.

CHARLES LoDOLCE ET AL. *v.* TOWN PLAN COMMISSION OF THE TOWN OF NEWINGTON

It appearing that the plaintiffs in the above-entitled case have failed to prosecute their appeal from the Court of Common Pleas in Hartford County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

*Arnold E. Buchman,* for the appellant (named plaintiff).

*Steven E. Perakos,* for the appellant (plaintiff Anthony L. LaMont).

*William V. Dworski,* for the appellee (defendant).